STATE *ex rel.* LA VERE FULLER, JR., v. J. R. McLEOD, as Sheriff of Hillsborough County, and BRYAN E. FORD, as Agent of the State of New York.

194 So. 630
En Banc
Opinion Filed March 15, 1940

*Louis Schonbrun* and *R. G. Titsworth,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis* and *William Fisher, Jr.,* Assistant Attorneys General, for Defendants in Error.

PER CURIAM.—The judgment in this cause is affirmed upon authority of State *ex rel.* Miller v. McLeod, this day decided.

Affirmed.

So ordered.

TERRELL, C. J., WHITFIELD, CHAPMAN and THOMAS, J. J., concur.
BROWN and BUFORD, J. J., dissent.